UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANA LAMB,

        Plaintiff,

vs.                       Case No. 2:05-cv-47-FtM-33DNF

FAMILY DOLLAR STORES OF FLORIDA,
INC., a Florida corporation,

        Defendant.

_____

### ORDER

This matter comes before the Court on the parties' Joint Motion to Stay All Deadlines for Thirty Days Pending Settlement (Doc. #15) filed on May 12, 2005. The parties indicate that they are engaged in settlement negotiations and anticipate reaching a settlement soon. For good cause shown, the parties' Joint Motion to Stay All Deadlines for Thirty Days Pending Settlement (Doc. #15) is GRANTED.

Accordingly, it is now

**ORDERED, ADJUDGED** and **DECREED:**

This matter is **STAYED** for **30 DAYS** from the date of this Order.

**DONE** and **ORDERED** in Chambers in Fort Myers, Florida, this 16th 2005.

                                              VIRGINIA M. HERNANDEZ COVINGTON
                                              UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record