UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DANA LAMB,

        Plaintiff,

vs.                             Case No. 2:05-cv-47-FtM-33DNF

FAMILY DOLLAR STORES OF FLORIDA,
INC., a Florida corporation,

        Defendant.
_____

## ORDER

This matter comes before the Court upon the filing of a Joint Stipulation of Dismissal With Prejudice (Doc. #17) filed on June 17, 2005. The parties stipulate that the matter has been settled and request that the matter be dismissed with prejudice.

Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED: that this case is DISMISSED with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1). The Clerk is directed to enter judgment accordingly and close the file. The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

DONE and ORDERED in Chambers in Fort Myers, Florida, this 20th day of June, 2005.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel of Record